EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

ELLIOT ENOKI # 1528
First Assistant U.S. Attorney

EDRIC M. CHING # 6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: edric.ching@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 23 2003

at 11 o'clock and 30 __ M
WALTER A.Y.H. CHINN, CLERK

Attorney for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ROBERT ANCHETA,　　(01)<br>ANALIZA BACANI,　　(02)<br><br>　　　　Defendants. | CR. NO. CR03 00035 SOM<br><br>INDICTMENT<br><br>[21 U.S.C. §846,<br>21 U.S.C. §841(b)(1)(A)(viii)<br>and 18 U.S.C. §2] |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about January 9, 2003, in the District of Hawaii, ROBERT ANCHETA and ANALIZA BACANI, the defendants, did knowingly and intentionally attempt to possess with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled

substance.

All in violation of Title 21, United States Code, §846 and 841(b)(1)(A)(viii) and Title 18, United States Code, §2.

DATED: January 23, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
EDRIC M. CHING
Assistant U.S. Attorneys

2