CC Som, TF, D...

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 2 2006

at 11 o'clock and 08 min. A M
SUE BEITIA, CLERK

| UNITED STATES OF AMERICA, | No. 04-10288 |
| --- | --- |
| Plaintiff - Appellee, | D.C. No. CR-03-00035-SOM-02 |
| v. | |
| ANALIZA BACANI, | **JUDGMENT** |
| Defendant - Appellant. | |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **REMANDED**.

Filed and entered 02/24/06

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

APR 1 0 2006

by _____
Deputy Clerk