**FILED**

UNITED STATES COURT OF APPEALS

FEB 24 2006

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 04-10288 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-03-00035-SOM |
| v. | Hawaii (Honolulu) |
| ANALIZA BACANI, | ORDER |
| Defendant - Appellant. | |

Before: SCHROEDER, Chief Judge, GOODWIN and RAWLINSON, Circuit Judges.

Appellee's unopposed motion to remand this case to the district court in light of the Supreme Court's decision in *United States v. Booker*, 125 S. Ct. 738 (2005), is granted. We remand the sentence for further proceedings consistent with *United States v. Ameline*, 409 F.3d 1073, 1084-85 (9th Cir. 2005) (en banc).

**REMANDED**

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

APR 1 0 2006

by: [signature]
Deputy Clerk

MOATT

INTERNAL USE ONLY: Proceedings include all events.
04-10288 USA v. Bacani

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Edric Ching, Esq.<br>FAX<br>808/541-2850<br>Suite 6-100<br>[COR LD NTC aus]<br>USH - OFFICE OF THE U.S. ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850 |
| v. | |
| ANALIZA BACANI<br>    Defendant - Appellant | Glenn D. Choy, Esq.<br>808/533-7007<br>Ste 322<br>[COR LD NTC cja]<br>GLENN CHOY,ESQ.<br>735 Bishop Street<br>Honolulu, HI 96813 |