ORIGINAL

GLENN D. CHOY Hawaii Bar #1985
Attorney at Law
735 Bishop Street, Suite 322
Honolulu, HI 96813
Telephone: (808) 533-7007

Attorney for ANALIZA BACANI

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 20 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>ANALIZA BACANI,  )<br>  )<br>Defendant.  )<br>_____) | CR. NO. 03-00035 [01] SOM<br><br>NOTICE OF APPEAL;<br>CERTIFICATE OF SERVICE |

## NOTICE OF APPEAL

Notice is hereby given that the Defendant-Appellant ANALIZA BACANI, by and through Glenn D. Choy, Defendant-Appellant's Court-Appointed attorney, pursuant to Fed. R. App. P. 4(b) and Rule 300-2, Rules of the United States District Court for the District of Hawaii, appeals to the United States Court for the District of Hawaii from the Judgment of Conviction and Sentence of United States District Judge Susan Oki Mollway entered on June 16, 2006.

DATED at Honolulu, Hawaii: June 16, 2006.

_____
GLENN D. CHOY
Attorney for Defendant-Appellant
ANALIZA BACANI

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served on the following party at their last known address by mail on the date of filing.

> Darren Ching, Esq.
> Assistant U.S. Attorney
> Room 6100, Prince Kuhio Federal Bldg.
> 300 Ala Moana Blvd.
> Honolulu, Hawaii

DATED:   Honolulu, Hawaii, June 16, 2006.

_____
Glenn Choy
Attorney for Defendant-Appellant
ANALIZA BACANI