**RECEIVED**
CLERK U.S. DISTRICT COURT

JUL 2 5 2006
4:30 Y
DISTRICT OF HAWAII

RECEIVED
CATHY A CATTERSON, CLERK
U.S. COURT OF APPEALS

JUL 18 2006

FILED 7-18-06 ___ HC
DOCKETED 7-18-06 ___ HC
DATE        INITIAL

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

### DOCKET FEE PAYMENT NOTIFICATION FORM

I.    **SHORT CASE TITLE:**    U.S.A. vs. Analiza Bacani

**U.S. COURT OF APPEALS DOCKET NUMBER:** 06-10452

**U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

**U.S. DISTRICT COURT DOCKET NUMBER:** CR 03-00035SOM-02

II    **DATE NOTICE OF APPEAL FILED:**    06/20/06

III    **U.S. COURT OF APPEALS PAYMENT STATUS:**    CJA appointed

**DOCKET FEE PAID ON:**            **AMOUNT:**

**NOT PAID YET:**                **BILLED:**

**U.S. GOVERNMENT APPEAL:**        **FEE WAIVED:**

**WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**

**IF YES, SHOW DATE:**

**WAS F.P. STATUS REVOKED:**        **DATE:**

**WAS F.P. STATUS LIMITED IN SOME FASHION?**

**IF YES, EXPLAIN:**

IV    **COMPANION CASES, IF ANY:**

V.    **COMPLETED IN THE U.S. DISTRICT COURT BY:**

Laila M. Geronimo

___

AMENDED NOTIFICATION _____  PAID_____  F.P. _____
DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S.
Court of Appeals Docket Fee.)