IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____ U.S. District Court Case No. Cr 03-00035-02 SOM

Short Case Title: US v. Analiza Bacani

Date Notice of Appeal Filed by Clerk of District Court: 6/20/06

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | Voir Dire — at 9 o'clock and 45 min __ M |
| | | Opening Statements |
| at 2 o'clock and 15 min PM | | Settlement Instructions |
| SUE BEITIA, CLERK | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| 6/16/06 | Steven Platt | Other (please specify) sentencing |

(additional page for designations if necessary)

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII — JUL 14 2006 — SUE BEITIA, CLERK

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(x) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered: 7/14/06   Estimated date for completion of transcript: 8/13/06
Print Name of Attorney: Glenn Choy   Phone Number: [808] 533-7007
Signature of Attorney: [signed]
Address: 735 Bishop St. #322, Honolulu, HI 96813

**SECTION B** - To be completed by court reporter

I, _____ (signature of court reporter) _____ have received this designation.
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

17 Approximate Number of Pages in Transcript—Due Date 9/11/06

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed 9/11/06   Court Reporter's Signature [signed]

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia   10/03/06   BY: [signed]
(U.S. District Court Clerk)   (date)   DEPUTY CLERK