# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date:  May 24, 2007

To:    United States Court of Appeals      Attn:  ( )      Civil
       For the Ninth Circuit
       Office of the Clerk                        (✓)      Criminal
       95 Seventh Street
       San Francisco, California 94103            ( )      Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:         CR 03-00035SOM-02        Appeal No:     06-10452

Short Title:        USA vs. Bacani


Clerk's Files in      ___1___      volumes  (✓) original  ( ) certified copy

Bulky docs            _____      volumes (folders)  docket #

Reporter's            ___3___      volumes  (✓) original  ( ) certified copy
Transcripts
                      _____

Exhibits              _____      volumes ( ) under seal

                      _____      boxes  ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos: #52,66,67,69,72,73


Acknowledgment: _____  Date: _____


cc: counsel