# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: May 24, 2007

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 23 2007
12:15 pm
DISTRICT OF HAWAII

To: United States Court of Appeals      Attn:  ( ) Civil
     For the Ninth Circuit
     Office of the Clerk                                    (✓) Criminal
     95 Seventh Street
     San Francisco, California 94103           ( ) Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:         CR 03-00035SOM-02        Appeal No:     06-10452

Short Title:   USA vs. Bacani

Clerk's Files in        1          volumes  (✓) original  ( ) certified copy

Bulky docs                         volumes (folders)  docket #

Reporter's              3          volumes  (✓) original  ( ) certified copy
Transcripts

Exhibits                           volumes  ( ) under seal

                                 boxes  ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos: #52,66,67,69,72,73

FILED
JUN 04 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

Acknowledgment:  S. DINIS                              Date: _____

cc: counsel