UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 21 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 06-10452 |
| --- | --- |
| Plaintiff - Appellee | D.C. No. CR-03-00035-SOM |
| v. | |
| ANALIZA BACANI, | **MANDATE** |
| Defendant - Appellant | |

The judgment of this Court, entered 3/27/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Gabriela Van Allen
Deputy Clerk

RECEIVED
CLERK U.S. DISTRICT COURT
APR 25 2008
DISTRICT OF HAWAII