**FILED**

UNITED STATES COURT OF APPEALS

JUN 10 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. ANALIZA BACANI, Defendant - Appellant. | No. 06-10452<br><br>D.C. No. CR-03-00035-SOM<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 13 2008

at __ o'clock and __ min __ M.
SUE BEITIA, CLERK

Before: CANBY, T.G. NELSON, and BEA, Circuit Judges.

The memorandum disposition filed on March 27, 2008, is vacated.

The mandate issued on April 21, 2008, is recalled.

A new memorandum disposition will be filed separately.

No petitions for rehearing shall be entertained for the amended memorandum disposition.

The mandate will issue seven days from the filing of the amended memorandum disposition.