UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
JUN 19 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ANALIZA BACANI,<br><br>Defendant - Appellant. | No. 06-10452<br>D.C. No. CR-03-00035-SOM<br>District of Hawaii, Honolulu<br><br>**MANDATE** |

FILED IN
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 23 2008
at ___ o'clock and ___ M.
SUE BEITIA, CLERK

The judgment of this Court, entered 6/10/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Gabriela Van Allen
Deputy Clerk